No. 316

OHIO TAX COM. et al v.· NAT. MAL. CASTINGS CO.

No. 18454. Ohio Supreme Court

On Motion to Certify, Docketed March 18, 1924, 2 Abs.

1259. TAXATION—Exemption of liabilities to the United States.

This case was filed in the Cuyahoga Common Pleas to vacate, reverse or modify the holding of the Ohio Tax Commission under 5611-2 GC. The Common Pleas modified the hold and its judgment was affirmed by the Appeals Court. The question involved is the right of the Castings Co. to deduct from the sum of legal claims and demands owing to it, the liability it has to the government of the United States arising from income and excess profits tax.

The Castings Co. claimed a deduction on this account in its 1919 report of an ascertained amount of $628,680 and of $292,461 in its 1920 report. This the county auditor refused to permit, and on appeal to the County Board of Revision the auditor was sustained. To this a petition in error was filed in the Cuyahoga Common Pleas. This court modified the Tax Commission to the extent of permitting the Castings Co. to deduct the liabilities it asked for, holding the same to be legal, bona fide debts, porperly subject to deduction under 5327 GC., apparently following the case of the White Motor Co., 106 OS. 646, without rendering an opinion.

In the White case the holding sanctioned such deductions, but on account of diverse views of the judges, as expressed ·in the opinion, it was not accepted by the Attorney General, and he advised the Tax Commission of the ·state that it did not settle the law, and that it should not permit county auditors to make such deductions. Following this the legislature, March 6, 1923, (110 OL. 23) ammended 5327 GC. by inserting the provision

that there should not be taken into account in arriving at the credits subject to taxation, "any tax, fee or assessment. due or to become due to the United States or to the state of Ohio, or to any political subdivision thereof."

This case seeks to reverse the judgments of the· Cuyahoga courts, and for final judgment according tao the ruling of the Tax Commission.

Attorneys—C. C. Crabbe, Atty.·Gen., Wilbur E. Benoy and David E. Green, Columbus, Edward C. Stanton and George C. Hassen, Cleveland, for the Commission; Cook, McGowan, Foote, Bushnell & Burgess, Cleveland, for Castings Co.

# A BIRDSEYE VIEW OF THROCKMORTON

## New General Legal Form Book Cites Ohio Code

### Superb Work Ready. Why You Should Have It:

1. It is linked up closely with current law of Ohio, being issued in 1924.

2. Nothing is safe today that does not give Land Bank, Automobile, Labor Agreements, the law of the last 10 years, including Farm Oil, Gas and Mining.

3. Birdseye gives instructions for execution of wills in all States, including Ohio.

4. In contains Ohio bill of sale form on automobiles, quitclaim deed, chattel mortgage, special warranty deed with release of dower, mortgage and oil or gas lease.

5. Cleveland Garment Workers' agreement and over 200 pages (the biggest space ever devoted) to Labor Contracts.

6. Has 2500 subject headings, 24,000 references, nearly 2400 pages.
   You Should Have This Work Because

## IT IS PREVENTIVE LAW.

### IT MAKES MONEY FOR YOU

### IT SAVES MONEY FOR YOUR CLIENTS

Sold by

# W.HOWARD HAYNES

2080 E. 107th STREET     CLEVELAND, O.

Telephone Garfield 4792-W

"I HELP YOU WIN"